
Unsealed 3/14/22

AO 442 (Rev. 10/13) Arrest Warrant

~~SEALED~~

Received U.S. Marshals Service 2022 MAR 11 AM 11:07 N/OK

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

**FILED**
MAR 17 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 22 CR 67 CVE |
| HOMERO ORTIZ | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     HOMERO ORTIZ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy
18 U.S.C. § 853 – Drug Forfeiture

Date: MAR 11 2022

*Issuing officer's signature*

City and state:   Tulsa, Oklahoma                    Mark McCartt, Court Clerk
                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3-11-2022, and the person was arrested on *(date)* 3-11-2022
At *(city and state)*   Tulsa OK
Date:   3-11-2022

*Arresting officer's signature*

WILLIAM MACKENZIE  DEA/TFO
*Printed name and title*

BT/egm